**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 12 EAL 2015
:
              Respondent      : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
           v.                  :
:
:
:
RONALD E BANKS,               :
:
              Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is

**DENIED**.